PS 4
(03/06)

# PRETRIAL DIVERSION AGREEMENT

IN THE UNITED STATES DISTRICT COURT

__Newark__ DISTRICT OF __New Jersey__

IN RE __Charles Gross__    File No. __11-9235__
(Name of Divertee)

*(Or, if case filed)*

UNITED STATES OF AMERICA    Case No. __62/83__

V.

__Charles Gross__
Defendant

The court has been advised that __Charles Gross__ has entered into a pretrial
(Divertee/Defendant)

diversion agreement dated __11/17/11__, with the United States Attorney's office. A copy of the agreement is attached to this order and is incorporated by reference.

The pretrial diversion agreement includes a condition that requires __Charles Gross__
(Divertee/Defendant)

to make restitution in the amount of $ __1,774.31__ to __T    G__
(Address(es))

_____
(Address(es))

It is ORDERED that the clerk of the court accept and receive restitution payments from

__Charles Gross__ and disburse them to __T    G__
(Divertee/Defendant)                                          (Address(es))

_____
(Address(es))

in accordance with the pretrial diversion agreement and in the manner in which restitution payments are received and disbursed for criminal judgments.

Hon. Anthony R. Mautone, USMJ
Name and Title of Judge            Signature of Judge

                                    12/19/11
                                    Date